1 | Laurence F. Padway (SBN 083914)
    Gayle Godfrey Codiga (SBN 114715)
2 | Law Offices of Laurence F. Padway
    1516 Oak Street, Suite 109
3 | Alameda, CA 94501
    Telephone: 510-814-6100
4 | Facsimile: 510-814-0650

5 | Attorney for Plaintiff
    Jeanette Sanders

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JEANETTE SANDERS, | |
|---|---|
| Plaintiff, | CASE NO. C07-05537 |
| vs. | |
| YMCA OF THE EAST BAY LONG TERM DISABILITY POLICY, | |
| Defendant, | |
| UNUM LIFE INSURANCE COMPANY, | |
| Real Party in Interest. | |

**PROOF OF SERVICE**

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 11-1-07 |
| Name of SERVER  SUSAN POPE | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SENT VIA CERTIFIED MAIL:
UNUM LIFE INS. CO.
1 FOUNTAIN SQUARE, CHATTANOOGA, TN 37042

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-1-07
        Date

Signature of Server: Susan Pope

Address of Server: 1516 OAK ST., SUITE 109
ALAMEDA, CA 94501

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.48 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.13 |

Postmark Here

Sent To: Unum Life Ins. Co.
Street, Apt. No.; or PO Box No.: 1 Fountain Square
City, State, ZIP+4: Chattanooga, TN 37042

PS Form 3800, June 2002        See Reverse for Instructions

7004 0550 0001 0733 3587

11-1-07
Jeanette Sanders