1  Horace W. Green (SBN 115699)
   GREEN & HUMBERT
2  220 Montgomery Street, Suite 438
   San Francisco, California  94104
3  Telephone:  (415) 837-5433
   Facsimile:   (415) 837-0127
4
   Attorneys for Defendants
5  YMCA OF THE EAST BAY
   LONG TERM DISABILITY PLAN
6

7

8               **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | JEANETTE SANDERS,                      ) Case No. C 07-05537 EMC
                                            )
12 |         Plaintiff,                     ) **CERTIFICATION AS TO INTERESTED**
                                            ) **PARTIES**
13 |    vs.                                 )
                                            )
14 | YMCA OF THE EAST BAY LONG TERM         )
     DISABILITY PLAN,                       )
15 |                                        )
             Defendants.                    )
16 |                                        )
                                            )
17 |  _____ )

18
   The undersigned, counsel of record for Defendants herein, certifies that the following have
19
   an interest in the outcome of this case:
20
        1.     UNUM GROUP, formerly known as UNUM LIFE INSURANCE COMPANY
21
               OF AMERICA.
22
   DATE: December 5. 2007              GREEN & HUMBERT
23

24                                      By:  **/s/ Horace W. Green**
                                             HORACE W. GREEN
25                                           Attorneys for Defendants
                                             YMCA OF THE EAST BAY LONG
26                                           TERM DISABILITY PLAN

27

28

Certification as to Interested Parties - Case No. C 07-05537 EMC