**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** February 6, 2008

**Case No:** C07-5537 EMC                                    **Time:**  1:32-1:46 p.m.

**Case Name:** Jeanette Sanders v. YMCA, et al.

    **Attorneys:**   Gayle Codiga for Plaintiff
                        Horace Green for Defendants

    **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

CMC - Held


**ORDERED AFTER HEARING:**   Robert F. Schwartz has been appointed as mediator on 1/30/08. Mediation shall be completed within 60 days.  Trial date has not been set.  A date will be set at the next status conference should this case not settle at mediation.  There shall be no formal discovery until further ordered after mediation.   Court  to issue other deadlines in the case management conference order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:** April 30, 2008 at 2:30 p.m. Further Case Management Conference.

**cc: EMC/ADR**