UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE SANDERS,<br><br>            Plaintiff,<br><br>    v.<br><br>YMCA OF THE EAST BAY<br>LONG TERM DISABILITY POLICY,<br>et al.,<br><br>            Defendants.<br>_____/ | Case No. C07-5537 EMC<br><br>**CASE MANAGEMENT AND PRETRIAL CONFERENCE ORDER** |

Following the Case Management Conference held on **2/6/08,** a further case management conference is set for **4/30/08 at 2:30 p.m.** before Magistrate Judge Chen in Courtroom C, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. Updated joint case management conference statement is due **4/23/08.**

Pursuant to Fed.R.Civ.P. 16, IT IS ORDERED THAT the following case management and pretrial order is entered:

1. <u>TRIAL DATE</u>

A trial date has not been set. A date will be set at the next status conference should this case not settle at mediation.

2. <u>DISCOVERY</u>

There shall be no formal discovery until further ordered after mediation. If the case does not settle at mediation, Plaintiff shall file a brief within two weeks of the mediation explaining why she should be entitled to discovery (*e.g*. by making a *prima facie* showing of a structural conflict of

interest sufficient to invoke *de novo* review).   Defendants shall have one week after Plaintiff's brief is filed and served within which to respond.  No reply brief shall be filed.

3.  ALTERNATIVE DISPUTE RESOLUTION/SETTLEMENT CONFERENCE

Robert F. Schwartz has been appointed as mediator on 1/30/08.  Mediation shall be completed within 60 days. In view of the amount in controversy, the Court expects the parties to engage diligently and in good faith in negotiating settlement of this case.

Dated:   February 8, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge