1  Laurence F. Padway (SBN 89314)
   Gayle G. Codiga (SBN 114715)
2  Law Office of Laurence F. Padway
   1516 Oak Street, Suite 109
3  Alameda, California 94561
   Telephone:  (510) 814-0680
4  Facsimile:   (510) 814-0650
   Attorneys for Plaintiff
5  JEANNETTE SANDERS

6
   Horace W. Green (SBN 115699)
7  GREEN & HUMBERT
   220 Montgomery Street, Suite 438
8  San Francisco, California  94104
   Telephone:  (415) 837-5433
9  Facsimile:   (415) 837-0127

10 Attorneys for Defendant
   YMCA OF THE EAST BAY
11 LONG TERM DISABILITY PLAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE SANDERS,  )<br>           )<br>       Plaintiff,  )<br>           )<br>    vs.    )<br>           )<br>YMCA OF THE EAST BAY LONG TERM  )<br>DISABILITY PLAN,  )<br>           )<br>       Defendant.  )<br>           )<br>           )<br>_____ ) | Case No. C 07-05537 EMC<br><br>**JOINT MOTION TO CONTINUE ADR DEADLINE (ADR Rule 6-5)** |

Plaintiff Jeannette Sanders and Defendant YMCA of the East Bay Long Term Disability Plan, by and through their respective counsel of record, hereby request that the deadline for completion of ADR in this action be extended to April 30, 2008.  No previous

1  extensions have been requested.  There is no trial date set in this action.  The next Status
2  Conference is set for April 30, 2008 at 2:30 p.m.
3         As is set forth in the attached Declaration of Horace W. Green, the parties have
4  been unable to complete mediation due to unexpected illness of the individual charged
5  with responsibility for the oversight and defense of this action.  However, the parties have
6  engaged in good faith settlement negotiations.

DATE: March 28, 2008                LAW OFFICES OF LAURENCE F. PADWAY

By:  **/s/ Gayle G. Codiga**
GAYLE G. CODIGA
Attorneys for Plaintiff

DATE: March 28, 2008                GREEN & HUMBERT

By:  **/s/ Horace W. Green**
HORACE W. GREEN
Attorneys for Defendant
YMCA of the East Bay Long Term Disability Plan