1  Horace W. Green (SBN 115699)
   GREEN & HUMBERT
2  220 Montgomery Street, Suite 438
   San Francisco, California  94104
3  Telephone:  (415) 837-5433
   Facsimile:   (415) 837-0127
4
   Attorneys for Defendant
5  YMCA OF THE EAST BAY
   LONG TERM DISABILITY PLAN
6

7

8

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11

12  JEANETTE SANDERS,                    )  Case No. C 07-05537 EMC
                                         )
13           Plaintiff,                  )  **DECLARATION OF HORACE W. GREEN**
                                         )  **IN SUPPORT OF JOINT MOTION TO**
14       vs.                             )  **CONTINUE ADR DEADLINE (ADR Rule**
                                         )  **6-5)**
15  YMCA OF THE EAST BAY LONG TERM       )
    DISABILITY PLAN,                     )
16                                       )
             Defendant.                  )
17                                       )
                                         )
18  _____)

19

20

21          I, Horace W. Green, declare as follows:

22          1.      I am an attorney duly licensed to practice before this Honorable court, and

23  am counsel of record for defendant in this action.  In that capacity, I have personal

24  knowledge of the facts set forth below, and if called as a witness could and would testify

25  competently thereto.

26          2.      By Order dated January 17, 2008, the parties were directed to conduct

27  mediation with mediator Robert F. Schwartz.  The parties and the mediator conducted a

28

Declaration of Horace W. Green in support of Motion to Continue ADR Deadline - Case No. C 07-05537
EMC

1  pre-mediation phone conference on March 3, 2008 in order to discuss possible mediation

2  dates.  Several tentative dates were discussed.

3         3.      The Plan is insured by Unum Life Insurance Company of America, which is

4  defending this action on the Plan's behalf.  In March 2008, the in house counsel for Unum

5  who was assigned responsibility for the defense of this action (including but not limited to

6  mediation attendance and settlement negotiations) became ill.  As of the date of this

7  Declaration, the medical condition has not resolved.  For that reason, I have been unable

8  to agree to a date certain for mediation.

9         4.      I request an extension of time to April 30, 2008 to complete mediation.  This

10  will provide ample opportunity either for my client's medical condition to resolve, or for the

11  case to be reassigned internally at Unum.

12         I declare under penalty of perjury under the laws of the United States of America

13  that the foregoing is true and correct.

14  Executed at San Francisco, California on March 28, 2008.

15

16                                              /s/ Horace W. Green

17                                             Horace W. Green

18

19

20

21

22

23

24

25

26

27

28