1  Horace W. Green (SBN 115699)
   GREEN & HUMBERT
2  220 Montgomery Street, Suite 438
   San Francisco, California  94104
3  Telephone:  (415) 837-5433
   Facsimile:   (415) 837-0127
4
   Attorneys for Defendant
5  YMCA OF THE EAST BAY
   LONG TERM DISABILITY PLAN
6

7

8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| JEANETTE SANDERS, | ) Case No. C 07-05537 EMC |
|---|---|
| Plaintiff, | ) **[PROPOSED] ORDER GRANTING MOTION TO CONTINUE ADR DEADLINE (ADR Rule 6-5)** |
| vs. | ) |
| YMCA OF THE EAST BAY LONG TERM DISABILITY PLAN, | ) |
| Defendant. | ) |

Having reviewed the Joint Motion to Continue ADR deadline and Declaration in support thereof, and good cause appearing,

IT IS HEREBY ORDERED

That the deadline in this action for completion of ADR be, and hereby is, extended to April 30, 2008

DATED

_____

The Honorable Edward M. Chen

United States Magistrate Judge

(Proposed) Order Granting Motion to Continue ADR Deadline - Case No. C 07-05537 EMC