Horace W. Green (SBN 115699)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California  94104
Telephone:  (415) 837-5433
Facsimile:   (415) 837-0127

Attorneys for Defendant
YMCA OF THE EAST BAY
LONG TERM DISABILITY PLAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE SANDERS, | Case No. C 07-05537 EMC |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING MOTION TO CONTINUE ADR DEADLINE (ADR Rule 6-5) |
| vs. | |
| YMCA OF THE EAST BAY LONG TERM DISABILITY PLAN, | |
| Defendant. | |

Having reviewed the Joint Motion to Continue ADR deadline and Declaration in support thereof, and good cause appearing,

IT IS HEREBY ORDERED

That the deadline in this action for completion of ADR be, and hereby is, extended to April 30, 2008

DATED     April 3, 2008

The H[...]

United S[...]

IT IS SO ORDERED

Judge Edward M. Chen

(Proposed) Order Granting Motion to Continue ADR Deadli[...] 07-05537 EMC