1  Laurence F. Padway (SBN 89314)
   LAW OFFICES OF LAURENCE F. PADWAY
2  1516 Oak, Suite 109
   Alameda, California 94501
3  Telephone: (510) 814-6100
   Facsimile:  (510) 814-0650
4
   Attorneys for Plaintiff
5  JEANETTE SANDERS

6
   Horace W. Green (SBN 115699)
7  GREEN & HUMBERT
   220 Montgomery Street, Suite 438
8  San Francisco, California  94104
   Telephone:  (415) 837-5433
9  Facsimile:   (415) 837-0127

10 Attorneys for Defendant
   YMCA OF THE EAST BAY
11 LONG TERM DISABILITY PLAN

12

13

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| JEANETTE SANDERS, | Case No. C 07-05537 EMC |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| vs. | |
| YMCA OF THE EAST BAY LONG TERM DISABILITY PLAN, | |
| Defendants. | |

Plaintiff JEANETTE SANDERS and Defendant YMCA OF THE EAST BAY LONG TERM DISABILITY PLAN, by and through their respective counsel of record, hereby stipulate that this matter be dismissed in its entirety, with prejudice, each party to bear its own costs of suit and attorney's fees.

DATE: May 7, 2008,                    LAW OFFICE OF LAURENCE F. PADWAY

By:  /s/ Laurence F. Padway
     LAURENCE F. PADWAY

Attorneys for Plaintiff
JEANETTE SANDERS

DATE: May 7, 2008                     GREEN & HUMBERT

By:  /s/ Horace W. Green
     HORACE W. GREEN

Attorneys for Defendant
YMCA OF THE EAST BAY LONG TERM DISABILITY PLAN

**ORDER**

IT IS SO ORDERED.

DATED: _____
       EDWARD M. CHEN
       United States Magistrate Judge

Stipulation and Order of Dismissal – Case No. C 07-05537 EMC         2