1  Laurence F. Padway (SBN 89314)
   LAW OFFICES OF LAURENCE F. PADWAY
2  1516 Oak, Suite 109
   Alameda, California 94501
3  Telephone: (510) 814-6100
   Facsimile:   (510) 814-0650
4
   Attorneys for Plaintiff
5  JEANETTE SANDERS

6
   Horace W. Green (SBN 115699)
7  GREEN & HUMBERT
   220 Montgomery Street, Suite 438
8  San Francisco, California  94104
   Telephone:  (415) 837-5433
9  Facsimile:   (415) 837-0127

10 Attorneys for Defendant
   YMCA OF THE EAST BAY
11 LONG TERM DISABILITY PLAN

12

13

14                **UNITED STATES DISTRICT COURT**

15              **NORTHERN DISTRICT OF CALIFORNIA**

16

17 JEANETTE SANDERS,                    )  Case No. C 07-05537 EMC
                                        )
18           Plaintiff,                 )  **STIPULATION AND ORDER OF**
                                        )  **DISMISSAL**
19      vs.                             )
                                        )
20 YMCA OF THE EAST BAY LONG TERM       )
   DISABILITY PLAN,                     )
21                                      )
             Defendants.                )
22                                      )
                                        )
23 _____  )

24

25       Plaintiff JEANETTE SANDERS and Defendant YMCA OF THE EAST BAY

26 LONG TERM DISABILITY PLAN, by and through their respective counsel of record,

   hereby stipulate that this matter be dismissed in its entirety, with prejudice, each party to
27
   bear its own costs of suit and attorney's fees.
28

1

2  DATE: May 7, 2008,          LAW OFFICE OF LAURENCE F. PADWAY

3

4                              By:  /s/ Laurence F. Padway
                                    LAURENCE F. PADWAY

5
                                    Attorneys for Plaintiff
6                                   JEANETTE SANDERS

7

8  DATE: May 7, 2008           GREEN & HUMBERT

9

10                             By:  /s/ Horace W. Green
                                    HORACE W. GREEN

11
                                    Attorneys for Defendant
12                                  YMCA OF THE EAST BAY LONG
                                    TERM DISABILITY PLAN

13

14                             __ORDER__

15        IT IS SO ORDERED.

16   DATED:     May 9, 2008

17   EDWARD                    IT IS SO ORDERED
     United Sta

18                             Judge Edward M. Chen

19

20

21

22

23

24

25

26

27

28