**FILED**

MAY 15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Sanders,<br><br>   Plaintiff(s),<br><br>   v.<br><br>YMCA of the East Bay Long Term Disability Policy,<br><br>   Defendant(s). | No. C 07-05537 EMC MED<br><br>**Certification of ADR Session** |

<u>Instructions</u>: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __4/29/08__

2. Did the case settle?    ☒ fully    ☐ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. IS THIS ADR PROCESS COMPLETED?    ☒ YES    ☐ NO

Dated: __5/13/08__

Mediator, Robert F. Schwartz
Trucker Huss
120 Montgomery St.
San Francisco, CA 94104

**Certification of ADR Session**
07-05537 EMC MED